FILED

09 APR -1 PM 3:33

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

UNITED STATES OF AMERICA,           )   Case No. 09CR1250 W
                                    )
              Plaintiff,            )   I N D I C T M E N T
                                    )
         v.                         )   Title 18, U.S.C., Secs. 2251(a)
                                    )   and (e) - Sexual Exploitation
SHAWNDREA DORROUGH (1),              )   of a Child; Title 18, U.S.C.,
PATRICK JONES (2),                  )   Sec. 2 - Aiding and Abetting
DYWANE TOUSANT (3),                 )
DOMINQUE WILLIS (4),                )
                                    )
              Defendants.           )

The grand jury charges:

On or about and between September 29, 2008 to September 30, 2008, within the Southern District of California, defendants SHAWNDREA DORROUGH, PATRICK JONES, DYWANE TOUSANT and DOMINQUE WILLIS did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means; in violation of Title 18, United States Code, Sections 2251(a), (e), and 2.

DATED: April 1, 2009.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
ALESSANDRA P. SERANO
Assistant U.S. Attorney

APS:JAF:em:San Diego
3/31/09